# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3042**  **September Term, 2023**

1:21-cr-00108-TSC-1

Filed On: June 14, 2024 [2059943]

United States of America,

    Appellee

  v.

Michael Joseph Foy,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for leave to late-file the initial transcript status report, docketing statement, and entry of appearance, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged documents.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:   /s/
                Catherine J. Lavender
                Deputy Clerk